UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEFFREY T. CUTTER, on behalf of himself and others similarly situated and RINA DISCEPOLO, on behalf of herself and other similarly situated, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 10-11488-JLT |
| HEALTHMARKETS, INC., et al., | * * | |
| Defendants. | * | |

ORDER

July 19, 2011

TAURO, J.

After a Hearing held on July 19, 2011, this court hereby orders that:

1. Plaintiffs' Motion for Leave to File Second Amended Complaint [#37] is ALLOWED IN PART and DENIED IN PART. It is ALLOWED to the extent that Plaintiff McKay's claims are similar to the claims of the other named Plaintiffs. It is DENIED to the extent that Plaintiff McKay asserts new claims against Defendants.

2. Plaintiffs shall file a proposed form of order regarding their Motion and Memorandum in Support of Class Certification [#34] by July 26, 2011.

3. This court reserves decision on Plaintiffs' Motion and Memorandum in Support of Class Certification [#34] and Defendants' Motion for Leave to File Third

1

Amended Answer and Counterclaim [#52].

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge