UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY CUTTER, RINA DISCEPOLO, ELIZABETH CANNAVO-GRUBER and ROBERT McKAY on behalf of themselves and others similarly situated,<br>Plaintiffs<br>v.<br><br>HEALTHMARKETS, INC, MEGA LIFE AND HEALTH INSURANCE COMPANY, and MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,<br>Defendants. | Case No. 10-cv-11488-JLT<br><br>(~~PROPOSED~~) ORDER |

The above-captioned matter came before United States District Judge Joseph L. Tauro on July 19, 2011, pursuant to Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23.

Based on the memoranda submitted and all of the files, records and proceedings herein (Docket Nos. 34, 40 and 49), the Court makes the following:

## ORDER

1. Plaintiffs' Motion for Class Certification (Doc. No. 34) is **GRANTED**.

2. The Court certifies the following class:

   All persons who worked as agents or district sales leaders in Massachusetts selling insurance products on behalf of HealthMarkets, Inc., the Mega Life and Health Insurance Co. and Mid-West National Life Insurance Company of Tennessee, at any time during the period from July 2, 2007 through July 2, 2010 (the "Class Period") and who were classified by Defendants as "independent contractors."

3. The Court appoints Plaintiffs Jeffrey Cutter, Rina Discepolo, Elizabeth Cannavo-Gruber and Robert McKay as class representatives and appoints Plaintiffs' counsel Harold L. Lichten, Shannon Liss-Riordan and Sara Smolik of Lichten & Liss-Riordan, P.C., as class counsel.

4. The Court orders the parties to confer on the content of a notice to class members and submit a proposed notice to this Court within thirty (30) days of the issuance of this order.

5. The Court orders Defendants to turn over to Plaintiffs' counsel names and last known addresses of all class members.

It is so ordered.

Dated: July 26, 2011    Signed by: _____
Hon. Joseph L. Tauro, United States District Judge