UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY CUTTER, RINA DISCEPOLO, ELIZABETH CANNAVO-GRUBER and ROBERT McKAY on behalf of themselves and others similarly situated,<br>　　　　　　　　Plaintiffs<br>v.<br><br>HEALTHMARKETS, INC, MEGA LIFE AND HEALTH INSURANCE COMPANY, and MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,<br>　　　　　　　　Defendants. | Case No. 10-cv-11488-JLT |

## NOTICE OF CLASS ACTION LAWSUIT

**TO:** All persons who worked as agents or district sales leaders in Massachusetts selling insurance products on behalf of HealthMarkets, Inc., The Mega Life and Health Insurance Co. and Mid-West National Life Insurance Company of Tennessee, at any time during the period from July 2, 2007 through July 2, 2010.

**PLEASE READ THIS NOTICE CAREFULLY. Your rights may be affected by a class action lawsuit pending in this Court. YOU ARE NOT BEING SUED.**

The purpose of this notice is to advise you of a lawsuit under the Massachusetts Independent Contractor Law and to advise you of the legal rights that you may have in connection with that suit. The lawsuit is captioned *Jeffrey Cutter, et al. v. HealthMarkets, Inc., MEGA Life and Health Insurance Co. and Mid-West National Life Insurance Co. of Tennessee*. It is pending in the U.S. District Court for the District of Massachusetts, Civil Action No. 10-cv-11488-JLT.

The court has certified this case as a class action, brought on behalf of all individuals who have worked as agents or district sales leaders for the afore-mentioned companies in Massachusetts between July 2, 2007 and July 2, 2010.

If you fall within this class of people, please read this notice carefully.

1. **DESCRIPTION OF THE LAWSUIT.**

The named plaintiffs in this lawsuit are Jeffrey Cutter, Rina Discepolo, Elizabeth Cannavo-Gruber and Robert McKay. The lawsuit was filed on July 2, 2010, against HealthMarkets, Inc., The MEGA Life and Health Insurance Company and Mid-West National Life Insurance Company of Tennessee.

Plaintiffs allege in the lawsuit that HealthMarkets, Inc., The MEGA Life and Health Insurance Company and Mid-West National Life Insurance Company of Tennessee violated the Massachusetts Independent Contractor law by classifying the company's agents and district sales leaders as independent contractors instead of employees and, as a result, making them personally incur expenses related to their work for the company. Plaintiffs contend that they are entitled to recover this money under Massachusetts law.

HealthMarkets, Inc., The MEGA Life and Health Insurance Company and Mid-West National Life Insurance Company of Tennessee deny these allegations. Specifically, HealthMarkets, Inc., The MEGA Life and Health Insurance Company and Mid-West National Life Insurance Company of Tennessee deny that class members are employee or are entitled to reimbursement for any of these expenses. HealthMarkets Inc., The MEGA Life and Health Insurance Company and Mid-West National Life Insurance Company of Tennessee deny that class members were ever their employees or are entitled to recovery for damages for costs and expenses.

2. **YOUR RIGHTS AND OPTIONS.**

In order to participate in this case and receive an award of damages, you need not do anything. This notice is to inform you, however, of the pendency of this lawsuit, and to advise you that you have the right to not participate in the case if you choose by excluding yourself from the case.

If you choose to be excluded, you will not be bound by any judgment in this case. You will not be entitled to any monetary damages obtained by the plaintiffs, and you also will not be bound by any ruling for the plaintiffs or for HealthMarkets, Inc., The MEGA Life and Health Insurance Company and Mid-West National Life Insurance Company of Tennessee. If you remain in the lawsuit, you will be bound by the judgment of the Court, whether or not the Plaintiffs win or lose and you will thus be bound by any ruling in favor of HealthMarkets, Inc., The MEGA Life and Health Insurance Company and Mid-West National Life Insurance Company of Tennessee. If you exclude yourself, you may bring a separate lawsuit, or you may choose to do nothing.

To be excluded from this lawsuit, you must send a letter, fax, or email to Scott Simpson, Firm Administrator for the law firm representing the plaintiff class in this case, with your name, address, and the statement, "Please exclude me from the HealthMarkets lawsuit." Mr. Simpson's contact information is:

>Scott Simpson, Firm Administrator
>Lichten & Liss-Riordan, P.C.
>100 Cambridge Street, 20th Floor
>Boston, MA 02114
>Fax: 617-994-5801
>Email: ssimpson@llrlaw.com

The deadline for sending a letter, fax or e-mail requesting exclusion is seventy-five (75) days from the date of this Notice or _____, 2011. [Counsel to insert agreed date.] The Court reserves the right to alter this deadline for good cause shown. To participate in the lawsuit, you do not need to do anything.

### 3. THE LAWYERS REPRESENTING PLAINTIFFS AND THE CLASS.

If you do not affirmatively ask to be excluded, your interests will be represented by counsel for plaintiffs and the class:

>Harold Lichten, Esq.
>Shannon Liss-Riordan, Esq.
>Sara Smolik, Esq.
>Lichten & Liss-Riordan, P.C.
>100 Cambridge Street, 20th Floor
>Boston, MA 02114
>(617) 994-5800
>www.llrlaw.com

Your representation by Lichten & Liss-Riordan, P.C. will be on a contingency fee basis, which means that they will be paid by receiving a portion of any award to which you may be entitled. You will not have to pay out-of-pocket costs for the representation, and if there is no recovery, there will be no attorneys' fees.

You do not need to hire your own lawyer, but you can retain your own lawyer at your own expense if you choose.

### 4. GETTING MORE INFORMATION.

If you have any questions about this Notice or would like to get more information about this lawsuit, you may write, call, or e-mail Attorneys Harold Lichten, Shannon Liss-Riordan, or Sara Smolik, or Firm Administrator Scott Simpson, of Lichten & Liss-Riordan, P.C., at (617) 994-5800, or e-mail at ssimpson@llrlaw.com.

**DO NOT CONTACT THE COURT, THE OFFICE OF THE DISTRICT COURT ADMINISTRATOR, OR COUNSEL FOR DEFENDANTS IF YOU HAVE ANY QUESTIONS ABOUT THIS MATTER.**

\* \* \*

THE FORM OF THIS NOTICE HAS BEEN APPROVED BY THE COURT BUT THE COURT DOES NOT EXPRESS ANY VIEW OR JUDGMENT AT THIS TIME AS TO THE CLAIMS OR DEFENSES OF THE PARTIES IN THIS CASE.

Joseph L. Tauro
United States District Judge

10/13/11

DB 68035243v1